UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LAVIAL COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:25-cv-0874 AC P<br><br>ORDER |

By order filed March 31, 2025, plaintiff was directed to file a completed in forma pauperis application or the required fees in the amount of $405.00 within thirty days. ECF No. 4. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 2. The thirty-day period has expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: June 25, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE