UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY COLLIER,**<br><br>Plaintiff,<br><br>v.<br><br>**COVELLO, et al.,**<br><br>Defendants. | Case No. 2:25-cv-00874-AC<br><br>**ORDER OF DISMISSAL** |

Upon due consideration of the parties' stipulation, the Court **DISMISSES** this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated: June 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

(2:25-cv-00874-AC)